# United States District Court
## Northern District of Mississippi

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

# VERDICT

**BETTY ELIZABETH FORRESTER**

V.                                          CASE NO. 1:10CV324

**WEST POINT SCHOOL DISTRICT**

---

(1) Did West Point School District non-renew Ms. Forrester as head fast-pitch softball coach for the 2010-2011 school year because of Ms. Forrester's gender?

Answer "Yes" or "No".

_____Yes_____.

(2) Did West Point School District pay Ms. Forrester less than her successor as head fast-pitch softball coach because of Ms. Forrester's gender?

Answer "Yes" or "No".

_____No_____.

(3) Did West Point School District decline to pay Ms. Forrester a softball field maintenance supplement because of Ms. Forrester's gender?

Answer "Yes" or "No".

_____No_____.

(4) If you answered all of the above questions "No", then the form of your verdict shall be as follows:

"We the jury find for the defendant, West Point School District" \_\_\_\_\_ Yes

If you answered any of the questions 1-3 "Yes", what amount of damages do you award Ms. Forrester? $ 10,000 .

This, the 14 day of March, 2012.

_____
Jury Foreperson