**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**BETTY ELIZABETH FORRESTER**                  **PLAINTIFF**

**VS.**                                                          **CASE NO. 1:10-CV-324**

**WEST POINT SCHOOL DISTRICT**                  **DEFENDANT**

ORDER DISMISSING CASE

This cause is before the court on the motion [50] of the plaintiff for reinstatement, or in the alternative, front pay. The defendant has responded to the motion, and in turn, filed a renewed motion [60] for judgment as a matter of law. On April 23, 2012, the court entered an order staying the case pending resolution of these motions. At this time, the parties have advised the court that they have settled all remaining claims in the case. Accordingly, the motions for reinstatement and judgment as a matter of law are DISMISSED as moot. As there are no pending matters before the court, the stay is hereby lifted and this case is closed.

SO ORDERED, this the 26th day of April, 2012.

                                                     **/s/ MICHAEL P. MILLS**
                                                     **CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI**